**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Robert.Frazer @usdoj.gov*

*main: 973-645-2700*
*direct: 973-645-2897*

August 23, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey

**Re: Bahamon v. Acting Field Office, et.al, No. 26-10717 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 1:25 am on August 22, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Robert Frazer*
Robert Frazer
Attorney for Respondents

cc: Counsel of Record (by ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/24/26